# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RADLAUER, | Civil No. CV07-05428GAF |
| Plaintiff(s), | ASSIGNED FOR ALL PURPOSES TO: Hon. Gary A. Feess |
| vs. | 740-Roybal |
| CEDARS-SINAI MEDICAL CENTER, SHAUN S. DANESHRAD, M.D., DAVID S. RAMIN, M.D. and ANN MEYER, M.D., | **JUDGMENT ON MOTION FOR SUMMARY** |
| Defendant(s). | MOTION CUT-OFF: 9/8/08<br>TRIAL DATE: 11/18/08<br>ACTION FILED: 08/20/07 |

On September 8, 2008, the motions for summary judgment filed by defendants, DAVID S. RAMIN, M.D. and ANN MEYER, M.D., were heard in Courtroom 740 of the United States District Court, Central District of California, the Honorable Gary A. Feess presiding, both of which were **GRANTED** as to all

1

JUDGMENT

claims against the those named defendants.

The Court having granted the motion and having ordered that judgment be entered in favor of defendants, DAVID S. RAMIN, M.D. and ANN MEYER, M.D. and there being no just reason to delay entry of judgment;

**JUDGMENT IS HEREBY ENTERED,** pursuant to Rule 54(b), FRCP in favor of defendant, DAVID S. RAMIN, M.D., and ANN MEYER, M.D., and against plaintiff, LEONARD RADLAUER.  Costs to be determined upon request of defendants  DAVID S. RAMIN, M.D., and ANN MEYER, M.D.

DATED: October 15, 2008

_____
Hon. Gary A. Feess
United States District Judge