JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RADLAUER, | ) CASE NO. CV 07 - 5428 GAF |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CEDARS-SINAI MEDICAL CENTER, SHAUN S. DANESHRAD, M.D., DAVID S. RAMIN, M.D., and ANN MEYER, M.D., | ) |
| Defendants. | ) |

This matter was duly tried before a jury, commencing on November 18, 2008, The Honorable Gary A. Feess, United States District Judge, presiding. The matter was duly submitted to the jury by means of a special verdict consisting of a series of questions. On November 21, 2008, according to the instructions given to the jury, the jury returned its verdict by way of its answers to the questions propounded to it. In accordance with the verdict so rendered by the jury's responses in this matter,

IT IS ADJUDGED:

1. Plaintiff, Leonard Radlauer, take nothing from Defendant, Cedars-Sinai Medical Center, on any claim against Defendant in this matter.

2. Defendant, Cedars-Sinai Medical Center, recover its costs of suit against Plaintiff, Leonard Radlauer, as taxed by the Clerk, in the amount of $_____.

3. All relief not expressly granted is denied.

DATED: December 2, 2008            _____
                                    GARY ALLEN FEESS
                                    UNITED STATES DISTRICT JUDGE